IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAELA HEMPHILL, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>MIGUEL CARDONA, *in his official capacity as Secretary of the United States Department of Education*, *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:22-cv-1391 (BAH) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE of an updated mailing address for plaintiffs' counsel Daniel A. Zibel and Eric Rothschild, of the National Student Legal Defense Network, for transmission of all documents in the above-captioned case. To the extent not provided electronically, all future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address:

    National Student Legal Defense Network

    1701 Rhode Island Ave. NW

    Washington, DC 20036.

Dated: July 15, 2022

*/s/ Daniel A. Zibel*

Daniel A. Zibel (D.C. Bar No. 491377)
Eric Rothschild (D.C. Bar No. 1048877)
NATIONAL STUDENT LEGAL
DEFENSE NETWORK
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
dan@defendstudents.org
eric@defendstudents.org

*Attorneys for Plaintiffs*