IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAELA HEMPHILL, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>MIGUEL CARDONA, *in his official capacity as Secretary of the United States Department of Education, et al.*,<br><br>    *Defendants*. | Civil Action No. 1:22-cv-1391 (BAH) |

## NOTICE OF FILING OF CORRECTED COMPLAINT

PLEASE TAKE NOTICE of plaintiffs' filing of the attached corrected complaint. This filing corrects an error at ¶ 76 in the original complaint (ECF No. 1). Previously, this paragraph mistakenly stated that plaintiff Mike Christou withdrew from Westwood College in 2011. The corrected complaint amends that error, noting that he in fact graduated, not withdrew, from Westwood in 2011. A redlined copy of the original complaint, with the correction is attached as Ex. A. A clean copy of the corrected complaint is attached as Ex. B.

/s/Eric Rothschild
Daniel A. Zibel (D.C. Bar No. 491377)
Eric Rothschild (D.C. Bar No. 1048877)
NATIONAL STUDENT LEGAL DEFENSE
NETWORK
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
dan@defendstudents.org
eric@defendstudents.org

Stuart T. Rossman* (MA BBO No. 430640)
Kyra Taylor* and ** (D.C. Bar No. 1510681)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, Fourth Floor

Boston, MA 02110
(617) 542-8010
srossman@nclc.org
ktaylor@nclc.org

Jon Greenbaum (D.C. Bar No. 489887)
David Hinojosa (D.C. Bar No. 1722329)
Genevieve Bonadies Torres (D.C. Bar No. 1602433)
Chavis Jones*** (D.C. Bar No. 1739219)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
jgreenbaum@lawyerscommittee.org
dhinojosa@lawyerscommittee.org
gbonadies@lawyerscommittee.org
cjones@lawyerscommittee.org

*application for admission *pro hac vice* granted
**application for admission to D.D.C. forthcoming
*** Practice is supervised by one or more D.C. Bar members and admitted to the Bar under D.C. App. R. 46-A (Emergency Examination Waiver)

*Attorneys for Plaintiffs*