UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAELA HEMPHILL, <u>et al</u>., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>MIGUEL CARDONA, Secretary of the )<br>United States Department of Education, <u>et al</u>., )<br>)<br>    Defendants. )<br>                                   ) | Civil Action No. 22-CV-1391 |

**JOINT STATUS REPORT**

Pursuant to this Court's Order on August 16, 2022, the parties provide this joint status report. For the reasons stated below, the parties respectfully propose providing this Court another joint status report on November 17, 2022.

**Joint Statement**

This case seeks class-wide relief pursuant to 5 U.S.C. § 706 on behalf of certain students who enrolled in the Criminal Justice program at Westwood College in Illinois and are part of a request submitted in 2016 by the Illinois Attorney General's Office to the U.S. Department of Education to have their federal student loans discharged. Defendants, Miguel Cardona, in his official capacity as the Secretary of Education, and the United States Department of Education (together, "Department" or "Defendants") filed an Answer to Plaintiffs' Amended Complaint on August 25, 2022. There are no other pending deadlines in the case.

On August 30, 2022, the Department announced that it will "discharge all remaining federal student loans for borrowers who enrolled in any location of Westwood College (including enrollment in Westwood's online program) between January 1, 2002 through November 17, 2015 when it stopped enrolling new borrowers in advance of its 2016 closure." Press Release, U.S. Dep't

of Educ., Education Department Approves $1.5 billion in Debt Relief for 79,000 Borrowers Who Attended Westwood College (August 30, 2022), https://www.ed.gov/news/press-releases/education-department-approves-15-billion-debt-relief-79000-borrowers-who-attended-westwood-college. The announcement attests that loan discharges will be provided regardless of whether those enrolled during this time span "have applied for a borrower defense discharge" and "[r]elief will be granted without any additional actions by the borrowers." *Id.* The Department has not yet issued notice of these discharges directly to affected borrowers.

Since the Department's announcement, the parties have been in discussions about the details of the Department's implementation of debt relief for former Westwood students; how such implementation will impact the named Plaintiffs and proposed class in this litigation; and how such implementation will affect future litigation in this case, if any.

As discussions between the parties are ongoing, the parties respectfully propose providing this Court another joint status report on November 17, 2022.


Dated: September 28, 2022                Respectfully submitted,


                                         /s/ Daniel A Zibel
                                         Daniel A. Zibel (D.C. Bar No. 491377)
                                         Eric Rothschild (D.C. Bar No. 1048877)
                                         NATIONAL STUDENT LEGAL DEFENSE
                                         NETWORK
                                         1701 Rhode Island Ave. NW
                                         Washington, DC 20036
                                         (202) 734-7495
                                         dan@defendstudents.org
                                         eric@defendstudents.org

        Stuart T. Rossman* (MA BBO No. 430640)
        Kyra Taylor* and ** (D.C. Bar No. 1510681)
        NATIONAL CONSUMER LAW CENTER
        7 Winthrop Square, Fourth Floor
        Boston, MA 02110
        (617) 542-8010
        srossman@nclc.org
        ktaylor@nclc.org

        Jon Greenbaum (D.C. Bar No. 489887)
        David Hinojosa (D.C. Bar No. 1722329)
        Genevieve Bonadies Torres (D.C. Bar No. 1602433)
        Chavis Jones*** (D.C. Bar No. 1739219)
        LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
        1500 K Street, NW, Suite 900
        Washington, DC 20005
        Telephone: (202) 662-8600
        Facsimile: (202) 783-0857
        jgreenbaum@lawyerscommittee.org
        dhinojosa@lawyerscommittee.org
        gbonadies@lawyerscommittee.org
        cjones@lawyerscommittee.org

*application for admission *pro hac vice* granted
**application for admission to D.D.C. forthcoming
*** Practice is supervised by one or more D.C. Bar members and admitted to the Bar under D.C. App. R. 46-A (Emergency Examination Waiver)

        *Attorneys for Plaintiffs*

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        MARCIA BERMAN
        Assistant Branch Director

        */s/ Adam D. Kirschner*
        ADAM D. KIRSCHNER
        IL Bar No. 6286601
        Senior Trial Counsel
        United States Department of Justice
            Civil Division, Federal Programs Branch

4

        1100 L Street NW, Room 11020
Washington, DC 20530
        Tel.:   (202) 353-9265
        Fax:   (202) 616-8460
E-mail: adam.kirschner@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address:</u>
1100 L Street NW, Room 11020
Washington, D.C. 20005

*Counsel for Defendants*