UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAELA HEMPHILL, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MIGUEL CARDONA, Secretary of the United States Department of Education, *et al.*,<br><br>    Defendants. | Civil Action No. 1:22-cv-1391-BAH |

## JOINT STATUS REPORT

Pursuant to this Court's Order on December 20, 2022, the parties provide this joint status report. For the reasons stated below, the parties respectfully propose providing this Court another joint status report on April 7, 2023.

**Joint Statement**

This case seeks class-wide relief pursuant to 5 U.S.C. § 706 on behalf of certain students who enrolled in the Criminal Justice program at Westwood College in Illinois and are part of a request submitted in 2016 by the Illinois Attorney General's Office to the U.S. Department of Education to have their federal student loans discharged. Defendants, Miguel Cardona, in his official capacity as the Secretary of Education, and the United States Department of Education (together, "the Department") filed an Answer to Plaintiffs' Amended Complaint on August 25, 2022. There are no other pending deadlines in the case.

On August 30, 2022, the Department announced that it will "discharge all remaining federal student loans for borrowers who enrolled in any location of Westwood College (including enrollment in Westwood's online program) between January 1, 2002 through November 17, 2015 when it stopped enrolling new borrowers in advance of its 2016 closure." Press Release, U.S.

Dep't of Educ., Education Department Approves $1.5 billion in Debt Relief for 79,000 Borrowers Who Attended Westwood College (August 30, 2022), https://www.ed.gov/news/pressreleases/education-department-approves-15-billion-debt-relief79000-borrowers-who-attendedwestwood-college. The Department has not yet issued notice of these discharges directly to affected borrowers.

Since the last joint status report submitted on December 20, a new counsel for the Department has joined this matter following the previous counsel's transition to a temporary assignment elsewhere in the federal government. The parties have continued to make progress discussing the details of the Department's implementation of debt relief for former Westwood students; how such implementation will impact the named Plaintiffs and proposed class in this litigation; and how such implementation will affect future litigation in this case, if any.

As discussions between the parties are ongoing, the parties respectfully propose providing this Court another joint status report on April 7, 2023.

Respectfully submitted,

| | |
|---|---|
| /s/ *Daniel A. Zibel*_____ | BRIAN M. BOYNTON |
| Daniel A. Zibel (D.C. Bar No. 491377) | Principal Deputy Assistant Attorney General |
| Eric Rothschild (D.C. Bar No. 1048877) | Civil Division |
| NATIONAL STUDENT LEGAL DEFENSE NETWORK | MARCIA BERMAN |
| 1701 Rhode Island Ave. NW | Assistant Branch Director |
| Washington, DC 20036 | Federal Programs Branch |
| (202) 734-7495 | |
| dan@defendstudents.org | /s/ *Cristen C. Handley*_____ |
| eric@defendstudents.org | CRISTEN C. HANDLEY, MO Bar 69114 |
| | Trial Attorney |
| Stuart T. Rossman* (MA BBO No. 430640) | United States Department of Justice |
| Kyra Taylor* (D.C. Bar No. 1510681) | Civil Division, Federal Programs Branch |
| NATIONAL CONSUMER LAW CENTER | 1100 L Street, NW |
| 7 Winthrop Square, Fourth Floor | Washington, DC 20530 |
| Boston, MA 02110 | Telephone: (202) 305-2677 |
| (617) 542-8010 | Email: cristen.handley@usdoj.gov |

srossman@nclc.org
ktaylor@nclc.org                                    *Counsel for Defendants*

Jon Greenbaum (D.C. Bar No. 489887)
David Hinojosa (D.C. Bar No. 1722329)
Genevieve Bonadies Torres (D.C. Bar No. 1602433)
Chavis Jones** (D.C. Bar No. 1739219)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
jgreenbaum@lawyerscommittee.org
dhinojosa@lawyerscommittee.org
gbonadies@lawyerscommittee.org
cjones@lawyerscommittee.org

*application for admission *pro hac vice* granted

** Practice is supervised by one or more D.C. Bar members and admitted to the Bar under D.C. App. R. 46-A (Emergency Examination Waiver)

*Counsel for Plaintiffs*

DATED: February 21, 2023