**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MICHAELA HEMPHILL, <u>et al.</u>, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-CV-1391 |
| | ) | |
| MIGUEL CARDONA, Secretary of the | ) | |
| United States Department of Education, <u>et al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's April 10, 2023 Minute Order, the parties provide this joint status report.

**<u>Joint Statement</u>**

This case seeks class-wide relief pursuant to 5 U.S.C. § 706 on behalf of certain students who enrolled in the Criminal Justice program at Westwood College in Illinois and are part of a request (the "IL AG Application") submitted in 2016 by the Illinois Attorney General's Office ("IL AG") to the U.S. Department of Education to have their federal student loans discharged. Plaintiffs filed an Amended Complaint ("Complaint") on August 17, 2022. Dkt. 18. Defendants, Miguel Cardona, in his official capacity as the Secretary of Education, and the United States Department of Education (together, "Department") filed an Answer to Plaintiffs' Amended Complaint ("Answer") on August 25, 2022. Dkt. 19. There are no other pending deadlines in the case.

On August 30, 2022, the Department announced that it will "discharge all remaining federal student loans for borrowers who enrolled in any location of Westwood College (including enrollment in Westwood's online program) between January 1, 2002 through November 17, 2015

when it stopped enrolling new borrowers in advance of its 2016 closure." Press Release, U.S. Dep't of Educ., Education Department Approves $1.5 billion in Debt Relief for 79,000 Borrowers Who Attended Westwood College (August 30, 2022) (hereinafter "August 2022 Press Release"), https://www.ed.gov/news/press-releases/education-department-approves-15-billion-debt-relief-79000-borrowers-who-attended-westwood-college.

As previously noted, the Department, on March 29, 2023, began issuing notices to borrowers of their "Student Loan Discharge Based on Borrower Defense Evidence." ECF No. 25 at 2. The Notice provides that the Department is effectuating a "Group Discharge" regarding "all outstanding Federal student loans taken out by students for attendance at Westwood College between January 1, 2002 through the school's closure in 2016." *Id.* The Department further states that the action "follow[ed] the Department's finding that the school engaged in widespread misconduct that violated state consumer protection laws and/or made widespread substantial misrepresentations about its students' employment prospects and the ability of its' students to transfer credits, both of which create a basis for a claim for borrower defense to repayment discharge under the Department's regulations." *Id.* Since the last status report, the Department has begun the process of completing the discharges for the Westwood group borrowers. As of June 7, 2023, the Department has completed the discharges of the Department-held loans of approximately 30,000 Westwood group borrowers. This represents approximately 35% of such borrowers.

The parties continue to make progress discussing the details of the Department's implementation of debt relief for former Westwood students; how such implementation will affect the named Plaintiffs and proposed class in this litigation; and how such implementation will affect

future litigation in this case, if any.  As discussions between the parties are ongoing, the parties

respectfully propose providing this Court another joint status report on July 28, 2023.


Dated: June 9, 2023                              Respectfully submitted,


                                                 /s/Daniel A. Zibel
                                                 Daniel A. Zibel (D.C. Bar No. 491377)
                                                 Eric Rothschild (D.C. Bar No. 1048877)
                                                 NATIONAL STUDENT LEGAL DEFENSE
                                                 NETWORK
                                                 1701 Rhode Island Ave. NW
                                                 Washington, DC 20036
                                                 (202) 734-7495
                                                 dan@defendstudents.org
                                                 eric@defendstudents.org

                                                 Stuart T. Rossman* (MA BBO No. 430640)
                                                 Kyra Taylor* and (D.C. Bar No. 1510681)
                                                 NATIONAL CONSUMER LAW CENTER
                                                 7 Winthrop Square, Fourth Floor
                                                 Boston, MA 02110
                                                 (617) 542-8010
                                                 srossman@nclc.org
                                                 ktaylor@nclc.org

                                                 Jon Greenbaum (D.C. Bar No. 489887)
                                                 David Hinojosa (D.C. Bar No. 1722329)
                                                 Genevieve Bonadies Torres (D.C. Bar No.
                                                 1602433)
                                                 Chavis Jones** (D.C. Bar No. 1739219)
                                                 LAWYERS' COMMITTEE FOR CIVIL
                                                 RIGHTS UNDER LAW
                                                 1500 K Street, NW, Suite 900
                                                 Washington, DC 20005
                                                 Telephone: (202) 662-8600
                                                 Facsimile: (202) 783-0857
                                                 jgreenbaum@lawyerscommittee.org
                                                 dhinojosa@lawyerscommittee.org
                                                 gbonadies@lawyerscommittee.org
                                                 cjones@lawyerscommittee.org

*application for admission *pro hac vice* granted

** Practice is supervised by one or more D.C. Bar members and admitted to the Bar under D.C. App. R. 46-A (Emergency Examination Waiver)

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/Cristen C. Handley
CRISTEN C. HANDLEY, MO Bar 69114
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11020
Washington, DC 20530
Tel.:    (202) 305-2677
E-mail: cristen.handley@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address:
1100 L Street NW, Room 11520
Washington, D.C. 20005

*Counsel for Defendants*