UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAELA HEMPHILL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 22-CV-1391 |
| ) | |
| MIGUEL CARDONA, Secretary of the ) | |
| United States Department of Education, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Pursuant to Local Rule 83.6, Genevieve Bonadies Torres ("Counsel") moves this Court for an Order granting her leave to withdraw as counsel of record on behalf of all Plaintiffs. As of July 8, 2023, Counsel will no longer be employed by the Lawyers' Committee for Civil Rights Under Law. Plaintiffs will continue to be represented by attorneys with the Lawyers' Committee for Civil Rights Under Law, National Student Legal Defense Network, and the National Consumer Law Center. Counsel has conferred with Defendants' counsel and no party opposes this motion. Withdrawing as counsel will not affect any court schedules or deadlines.

WHEREFORE, Genevieve Bonadies Torres asks that this Court grant her leave to withdraw as counsel on behalf of all the Plaintiffs in this matter.

Dated: July 6, 2023                                    Respectfully submitted,

                                                       /s/ Genevieve Bonadies Torres
                                                       Genevieve Bonadies Torres (D.C. Bar No. 1602433)
                                                       Jon Greenbaum (D.C. Bar No. 489887)
                                                       David Hinojosa (D.C. Bar No. 1722329)

1

Chavis Jones** (D.C. Bar No. 1739219)
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
gbonadies@lawyerscommittee.org
jgreenbaum@lawyerscommittee.org
dhinojosa@lawyerscommittee.org
cjones@lawyerscommittee.org

Daniel A. Zibel (D.C. Bar No. 491377)
Eric Rothschild (D.C. Bar No. 1048877)
NATIONAL STUDENT LEGAL
DEFENSE NETWORK
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
dan@defendstudents.org
eric@defendstudents.org

Stuart T. Rossman* (MA BBO No. 430640)
Kyra Taylor* and (D.C. Bar No. 1510681)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, Fourth Floor
Boston, MA 02110
(617) 542-8010
srossman@nclc.org
ktaylor@nclc.org

*application for admission *pro hac vice* granted
** Practice is supervised by one or more D.C. Bar members and admitted to the Bar under D.C. App. R. 46-A (Emergency Examination Waiver)

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2023, the foregoing motion was electronically filed with the Court via the appellate CM/ECF system, and that copies were served on all counsel of record by operation of the CM/ECF system on the same date.

/s/ Genevieve Bonadies Torres
Genevieve Bonadies Torres (D.C. Bar No. 1602433)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
gbonadies@lawyerscommittee.org
