UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAELA HEMPHILL, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MIGUEL CARDONA, Secretary of the )<br>United States Department of Education, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 22-CV-1391 |

## JOINT STATUS REPORT

Pursuant to this Court's June 14, 2023 Minute Order, the parties provide this joint status report.

**Joint Statement**

This case seeks class-wide relief pursuant to 5 U.S.C. § 706 on behalf of certain students who enrolled in the Criminal Justice program at Westwood College in Illinois and are part of a request (the "IL AG Application") submitted in 2016 by the Illinois Attorney General's Office ("IL AG") to the U.S. Department of Education to have their federal student loans discharged. Plaintiffs filed an Amended Complaint ("Complaint") on August 17, 2022. Dkt. 18. Defendants, Miguel Cardona, in his official capacity as the Secretary of Education, and the United States Department of Education (together, "Department") filed an Answer to Plaintiffs' Amended Complaint ("Answer") on August 25, 2022. Dkt. 19. There are no other pending deadlines in the case.

On August 30, 2022, the Department announced that it will "discharge all remaining federal student loans for borrowers who enrolled in any location of Westwood College (including enrollment in Westwood's online program) between January 1, 2002 through November 17, 2015

when it stopped enrolling new borrowers in advance of its 2016 closure." Press Release, U.S. Dep't of Educ., Education Department Approves $1.5 billion in Debt Relief for 79,000 Borrowers Who Attended Westwood College (August 30, 2022) (hereinafter "August 2022 Press Release"), https://www.ed.gov/news/press-releases/education-department-approves-15-billion-debt-relief-79000-borrowers-who-attended-westwood-college.

As previously noted, the Department, on March 29, 2023, began issuing notices to borrowers of their "Student Loan Discharge Based on Borrower Defense Evidence." ECF No. 25 at 2. The Notice provides that the Department is effectuating a "Group Discharge" regarding "all outstanding Federal student loans taken out by students for attendance at Westwood College between January 1, 2002 through the school's closure in 2016." *Id.* The Department further states that the action "follow[ed] the Department's finding that the school engaged in widespread misconduct that violated state consumer protection laws and/or made widespread substantial misrepresentations about its students' employment prospects and the ability of its' students to transfer credits, both of which create a basis for a claim for borrower defense to repayment discharge under the Department's regulations." *Id.*

Since the last status report, the Department has continued making progress toward completing the discharges for the Westwood group borrowers. As of July 28, 2023, the Department has completed the discharges of the Department-held loans of approximately 38,000 Westwood group borrowers, which represents approximately 49% of such borrowers. With respect to the three named Plaintiffs in this case—Michaela Hemphill, Victoria Vences, and Mike Christou—all of their Department-held loans have been discharged. Ms. Hemphill also has FFEL loans and FSA has instructed the guaranty agency to discharge those loans. Those discharges are in process and are expected to be completed soon. Currently, FFEL guarantors are reporting that discharges are complete for 114 borrowers, or 0.8%. The Department reports that FFEL discharges typically take

longer to complete than Department-held discharges because FFEL discharges require exchanges of information among various parties, including the Department, the guaranty agency, the lender, and in some instances a separate servicer. Plaintiffs have expressed to the Department their concern about the rate of discharges, particularly with regards to the FFEL loans in question, and will continue to monitor the Department's discharge performance during the proposed upcoming status report period to assess whether further action in this proceeding is required.

The parties continue to make progress discussing the details of the Department's implementation of debt relief for former Westwood students; how such implementation will affect the named Plaintiffs and proposed class in this litigation; and how such implementation will affect future litigation in this case, if any. As discussions between the parties are ongoing, the parties respectfully propose providing this Court another joint status report on September 8, 2023.

Dated: July 28, 2023

Respectfully submitted,

/s/ Daniel A. Zibel
Daniel A. Zibel (D.C. Bar No. 491377)
Eric Rothschild (D.C. Bar No. 1048877)
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
dan@defendstudents.org
eric@defendstudents.org

Stuart T. Rossman* (MA BBO No. 430640)
Kyra Taylor* and (D.C. Bar No. 1510681)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, Fourth Floor
Boston, MA 02110
(617) 542-8010
srossman@nclc.org
ktaylor@nclc.org

        Jon Greenbaum (D.C. Bar No. 489887)
        David Hinojosa (D.C. Bar No. 1722329)
        Chavis Jones** (D.C. Bar No. 1739219)
        LAWYERS' COMMITTEE FOR CIVIL
        RIGHTS UNDER LAW
        1500 K Street, NW, Suite 900
        Washington, DC 20005
        Telephone: (202) 662-8600
        Facsimile: (202) 783-0857
        jgreenbaum@lawyerscommittee.org
        dhinojosa@lawyerscommittee.org
        cjones@lawyerscommittee.org

*application for admission *pro hac vice* granted
** Practice is supervised by one or more D.C. Bar members and admitted to the Bar under D.C. App. R. 46-A (Emergency Examination Waiver)

        *Attorneys for Plaintiffs*

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        MARCIA BERMAN
        Assistant Branch Director

        <u>/s/ Cristen C. Handley</u>
        CRISTEN C. HANDLEY, MO Bar 69114
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street NW, Room 11020
        Washington, DC 20530
        Tel.: (202) 305-2677
        E-mail: cristen.handley@usdoj.gov

        <u>Mailing Address:</u>
        Post Office Box 883
        Washington, D.C. 20044

        <u>Courier Address:</u>
        1100 L Street NW, Room 11520
        Washington, D.C. 20005

        *Counsel for Defendants*