UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAELA HEMPHILL, <u>et al.</u>, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>MIGUEL CARDONA, Secretary of the )<br>United States Department of Education, <u>et al.</u>, )<br>)<br>    Defendants. )<br>_____) | Civil Action No. 22-CV-1391 |

## JOINT STATUS REPORT

Pursuant to this Court's October 26, 2023 Minute Order, the parties provide this joint status report.

**Joint Statement**

This case seeks class-wide relief pursuant to 5 U.S.C. § 706 on behalf of certain students who enrolled in the Criminal Justice program at Westwood College in Illinois and are part of a request (the "IL AG Application") submitted in 2016 by the Illinois Attorney General's Office ("IL AG") to the U.S. Department of Education to have their federal student loans discharged. Plaintiffs filed an Amended Complaint ("Complaint") on August 17, 2022. Dkt. 18. Defendants, Miguel Cardona, in his official capacity as the Secretary of Education, and the United States Department of Education (together, "Department") filed an Answer to Plaintiffs' Amended Complaint ("Answer") on August 25, 2022. Dkt. 19. There are no other pending deadlines in the case.

On August 30, 2022, the Department announced that it will "discharge all remaining federal student loans for borrowers who enrolled in any location of Westwood College (including enrollment in Westwood's online program) between January 1, 2002 through November 17, 2015

when it stopped enrolling new borrowers in advance of its 2016 closure." Press Release, U.S. Dep't of Educ., Education Department Approves $1.5 billion in Debt Relief for 79,000 Borrowers Who Attended Westwood College (August 30, 2022) (hereinafter "August 2022 Press Release"), https://www.ed.gov/news/press-releases/education-department-approves-15-billion-debt-relief-79000-borrowers-who-attended-westwood-college.

As previously noted, the Department, on March 29, 2023, began issuing notices to borrowers of their "Student Loan Discharge Based on Borrower Defense Evidence." ECF No. 25 at 2. The Notice provides that the Department is effectuating a "Group Discharge" regarding "all outstanding Federal student loans taken out by students for attendance at Westwood College between January 1, 2002 through the school's closure in 2016." *Id.* The Department further states that the action "follow[ed] the Department's finding that the school engaged in widespread misconduct that violated state consumer protection laws and/or made widespread substantial misrepresentations about its students' employment prospects and the ability of its' students to transfer credits, both of which create a basis for a claim for borrower defense to repayment discharge under the Department's regulations." *Id.*

Due to competing agency priorities (some of which are court-ordered) and limited resources, since the last status report, the Department has been unable to complete additional discharges of Department-held loans for the Westwood group borrowers. Accordingly, the number of Department-held loan discharges remains at 59,650, which represents approximately 77% of Westwood group borrowers.[1] Notwithstanding its competing priorities, the Department is

---

[1] The previous status report states that the Department had completed the discharges of the Department-held loans of approximately 59,691 Westwood borrowers. *See* ECF No. 30 at 2. Due to a loan servicer's reporting error, that figure inadvertently included 41 loans that were not in fact discharged. The correct figure is 59,650. This error does not affect the overall percentage of completed Department-held loan discharges.

committed to effectuating the remaining discharges as expeditiously as practicable and anticipates increased progress in the next reporting period.  As the Department previously noted, all of the loans—Department-held or otherwise—for the three named Plaintiffs in this case have been discharged.  FFEL guarantors are currently reporting that discharges are complete for 5,676 borrowers, or 40%.  Plaintiffs have reiterated to the Department their concern about the rate of discharges and will continue to monitor the Department's discharge performance during the proposed upcoming status report period to assess whether further action in this proceeding is required.

The parties continue to make progress discussing the details of the Department's implementation of debt relief for former Westwood students; how such implementation will affect the named Plaintiffs and proposed class in this litigation; and how such implementation will affect future litigation in this case, if any.  As discussions between the parties are ongoing, the parties respectfully propose providing this Court another joint status report on January 31, 2024.

Dated: December 8, 2023                     Respectfully submitted,

                                            BRIAN M. BOYNTON
                                            Principal Deputy Assistant Attorney General

                                            MARCIA BERMAN
                                            Assistant Branch Director

                                            /s/*Cristen C. Handley*
                                            CRISTEN C. HANDLEY, MO Bar 69114
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street NW, Room 11520
                                            Washington, DC 20530
                                            Tel.:   (202) 305-2677
                                            E-mail: cristen.handley@usdoj.gov

                                            *Counsel for Defendants*

/s/Daniel A. Zibel
Daniel A. Zibel (D.C. Bar No. 491377)
Eric Rothschild (D.C. Bar No. 1048877)
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
dan@defendstudents.org
eric@defendstudents.org

Stuart T. Rossman* (MA BBO No. 430640)
Kyra Taylor* and (D.C. Bar No. 1510681)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, Fourth Floor
Boston, MA 02110
(617) 542-8010
srossman@nclc.org
ktaylor@nclc.org

Jon Greenbaum (D.C. Bar No. 489887)
David Hinojosa (D.C. Bar No. 1722329)
Chavis Jones** (D.C. Bar No. 1739219)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
jgreenbaum@lawyerscommittee.org
dhinojosa@lawyerscommittee.org
gbonadies@lawyerscommittee.org
cjones@lawyerscommittee.org

*application for admission *pro hac vice* granted
** Practice is supervised by one or more D.C. Bar members and admitted to the Bar under D.C. App. R. 46-A (Emergency Examination Waiver)

*Attorneys for Plaintiffs*