**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAELA HEMPHILL, *et al.*, <br><br>  *Plaintiffs*, <br><br> v. <br><br> MIGUEL CARDONA, *in his official capacity as Secretary of the United States Department of Education, et al.*, <br><br> *Defendants.* | Civil Action No. 1:22-cv-1391 (BAH) |

## UNOPPOSED MOTION FOR ENTRY OF SCHEDULING ORDER

On January 8, 2025, and pursuant to this Court's November 19, 2024 Minute Order, the parties submitted a Joint Status Report ("JSR") advising the Court of the status of the litigation and Defendants' effectuation of the student loan discharges announced on August 30, 2022. *See* ECF No. 40. In that JSR, the Department made numerous representations and commitments regarding those discharges. In consideration of those commitments and representations, Plaintiffs proposed—and Defendants agreed—that the parties submit further Joint Status Reports every 60-days. *Id.* at 5.

Accordingly, Plaintiffs respectfully move this court to enter an order requiring the parties to file, every 60 days, a Joint Status Report outlining the Department's progress towards effectuating the loan discharges described in the JSR and advising the Court whether any disputes remain between the parties. A Proposed Order is attached.

Pursuant to Local Civil Rule 7(m), undersigned counsel states that the parties have discussed this Motion and represents that Defendants do not oppose the Court entering a scheduling order requiring the parties to file a Joint Status Report every 60 days.

Dated: January 8, 2025                               Respectfully submitted,

/s/ *Daniel A. Zibel*
Daniel A. Zibel (D.C. Bar No. 491377)
Eric Rothschild (D.C. Bar No. 1048877)
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
dan@defendstudents.org
eric@defendstudents.org

Stuart T. Rossman* (MA BBO No. 430640)
Kyra Taylor* and (D.C. Bar No. 1510681)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, Fourth Floor
Boston, MA 02110
(617) 542-8010
srossman@nclc.org
ktaylor@nclc.org

Chavis Jones** (D.C. Bar No. 1739219)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
cjones@lawyerscommittee.org

*application for admission *pro hac vice* granted
** Practice is supervised by one or more D.C. Bar members and admitted to the Bar under D.C. App. R. 46-A (Emergency Examination Waiver)

                                      *Attorneys for Plaintiffs*