**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MICHAELA HEMPHILL, <u>et al.</u>,<br><br>     Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, Secretary of the<br>United States Department of Education, <u>et al.</u>,<br><br>     Defendants. | Civil Action No. 22-CV-1391 |

**STIPULATION**

Whereas this case seeks relief pursuant to 5 U.S.C. § 706 on behalf of certain students who enrolled in the Criminal Justice program at Westwood College in Illinois and are part of a request submitted in 2016 by the Illinois Attorney General's Office to the U.S. Department of Education ("Department") to have their federal student loans discharged; and

Whereas on August 30, 2022, the Department announced a final approval to "discharge all remaining federal student loans for borrowers who enrolled in any location of Westwood College (including enrollment in Westwood's online program) between January 1, 2002 through November 17, 2015"; and

Whereas all eligible loans for the three named Plaintiffs have been discharged; and

Whereas, although the Department has not completed this process for all eligible borrowers, it has repeatedly reported to this Court (*see, e.g.*, Dkt. Nos. 52 at 2 & 54 at 1-2) that it is obligated to effectuate relief that has been finally approved, even if the steps to effectuate it are

incomplete, and that any amount finally approved for relief reflects unenforceable debt that cannot be legally collected; and

Whereas the Department has also repeatedly reported to the Court that all eligible loans, including any consolidation loan that includes eligible loans, will remain in forbearance or stopped collections unless the borrower expressly opts out of forbearance or stopped collections or until relief is fully effectuated; and

Whereas the Department has also repeatedly reported to the Court that any future attempts to collect on or enforce repayment obligations on eligible loans would be without any legal basis and the Department is legally required to eventually effectuate the discharges, refunds, and other relief described above, as the notices of the Department's final action explained; then

**IT THEREFORE IS HEREBY STIPULATED AND AGREED**, by and between all parties, that this action is dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Dated: April 22, 2026

BRETT A. SHUMATE
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

/s/ Liam C. Holland
LIAM C. HOLLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 514-4964

Respectfully submitted,

/s/ Daniel A. Zibel
Daniel A. Zibel (D.C. Bar No. 491377)
Eric Rothschild (D.C. Bar No. 1048877)
NATIONAL STUDENT LEGAL
DEFENSE NETWORK
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
dan@defendstudents.org
eric@defendstudents.org

Kyra Taylor* (D.C. Bar No. 1510681)
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, Fourth Floor

2

E-mail: liam.c.holland@usdoj.gov

*Counsel for Defendants*

Boston, MA 02110
(617) 542-8010
ktaylor@nclc.org

Chavis Jones (D.C. Bar No. 1739219)
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
cjones@lawyerscommittee.org

*application for admission *pro hac vice* granted

*Attorneys for Plaintiffs*

3